**Order entered March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00191-CV

## BALTASAR D. CRUZ, Appellant

## V.

## JAMES VAN SICKLE, KARL- THOMAS MUSSELMAN, ET AL, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09275**

## ORDER

Based on the filings before us and civil practice and remedies code section 27.008, we

**DENY** appellees Karl-Thomas Musselman d/b/a Burnt Orange Report and Katherine

Haenschen's "motion to dismiss, or in the alternative to abate, for lack of jurisdiction." *See* TEX.

CIV. PRAC. & REM. CODE ANN. § 27.008(b), (c) (West Supp. 2012).


/s/     ELIZABETH LANG-MIERS
        JUSTICE